

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Angela Beaudin,<br>    Plaintiff,<br>v.<br><br>Fenton Nissan Of Ardmore, Inc,<br>and Rbs Citizens Bank,<br>    Defendant. | No. CJ-2015-6719<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 12/11/2015<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Beaudin, Angela, Plaintiff
Fenton Nissan Of Ardmore, Inc, Defendant
Rbs Citizens Bank, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Gahlot, Minal Patel (Bar #22145)<br>2404 S. BROADWAY<br>MOORE, OK 73160 | Beaudin, Angela |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
             Filed By: Beaudin, Angela
             Filed Date: 12/11/2015



| | Party Name | Disposition Information |
|---|---|---|
| | | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-11-2015 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 12-11-2015 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 12-11-2015 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 12-11-2015 | PFE1 | PETITION | | | $ 163.00 |
| 12-11-2015 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 12-11-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-11-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-11-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-11-2015 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 12-11-2015 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 12-11-2015 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-11-2015 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 12-11-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-11-2015 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 12-11-2015 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 5.00 |
| 12-11-2015 | P | PETITION<br>Document Available (#1031600263) 📄 TIFF  📄 PDF | | | |
| 12-11-2015 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | | | |
| 12-11-2015 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 5.75 |
| 12-11-2015 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2015-6719: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25<br>CJ-2015-6719: AC81 LENGTHY TRIAL FUND -$0.25<br>CJ-2015-6719: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2015-6719: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2015-6719: AC64 DISPUTE MEDIATION FEES -$0.05<br>CJ-2015-6719: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2015-6719: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13 | | | |

| | | |
|---|---|---|
| | | CJ-2015-6719: AC31 COURT CLERK REVOLVING FUND -$0.05<br>CJ-2015-6719: AC23 LAW LIBRARY FEE -$0.15<br>CJ-2015-6719: AC01 CLERK FEES -$4.18 |
| 12-11-2015 | ACCOUNT | RECEIPT # 2015-3760662 ON 12/11/2015.<br>PAYOR:RAWLS GAHLOT ONE TOTAL AMOUNT PAID: $229.66.<br>LINE ITEMS:<br>CJ-2015-6719: $163.82 ON AC01 CLERK FEES.<br>CJ-2015-6719: $5.75 ON AC09 CARD ALLOCATIONS.<br>CJ-2015-6719: $5.85 ON AC23 LAW LIBRARY FEE.<br>CJ-2015-6719: $1.61 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2015-6719: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2015-6719: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2015-6719: $1.95 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2015-6719: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2015-6719: $24.37 ON AC79 OCIS REVOLVING FUND.<br>CJ-2015-6719: $9.75 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2015-6719: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. |
| 12-22-2015 | SMS | SUMMONS RETURNED, SERVED: RBC CITIZEN'S BANK- 12/15/15 BY CERTIFIED MAIL<br>Document Available (#1031585527) 📄TIFF 📄PDF |