# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| ANGELA BEAUDIN | ) CJ-2015-6719 |
| Plaintiff, | ) |
| vs. | ) CASE NO.: _____ |
| FENTON NISSAN OF ARDMORE, INC. and RBS CITIZEN'S BANK | ) |
| Defendants. | ) The Honorable Judge Timmons |

## SUMMONS

**GREETINGS: FENTON NISSAN OF ARDMORE, INC.**
    c/o John D. Robertson
    201 Robert S. Kerr Ave., #1600
    Bank of Oklahoma Plaza
    Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of the summons upon you exclusive of the day of service. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ____11____ day of December, 2015

Court Clerk
By: _____
    Deputy Court Clerk

Attorney for Plaintiff:
_____
M. Kathi Rawls, OBA# 18814
Minal Gahlot, OBA# 22415
Rawls Gahlot, P.L.L.C.
2404 S. Broadway
Moore, OK 73160
(405) 912-3225

This summons was served on _____.
    (date of service)

_____
(signature of person serving)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

EXHIBIT 2