# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANGELA BEAUDIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-16-001-R |
| vs. ) | |
| ) | (On removal from the District Court of |
| (1) FENTON NISSAN OF ARDMORE, ) | Oklahoma County, State of Oklahoma, |
| INC., and ) | Case No. CJ-2015-6719) |
| (2) RBS CITIZENS BANK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 11, 2015, Plaintiff filed the instant action in the District Court for Oklahoma County, State of Oklahoma. On January 4, 2016, Defendant Fenton Nissan of Ardmore, Inc. removed this action to this Court based on this Court's jurisdiction under 28 U.S.C. § 1332. On January 6, 2016, Defendant Fenton Nissan of Ardmore, Inc. filed an Unopposed Motion to Remand this action to the District Court of Oklahoma County, State of Oklahoma. *See* Unopposed Mot. to Remand [Doc. No. 7]. Upon review, the Court grants said Motion. This action is hereby remanded to the District Court of Oklahoma County, State of Oklahoma.

IT IS SO ORDERED this 6th day of January, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE